**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02277-CMA-KLM

PHILLIP HAHN, and
THERESA HAHN,

    Plaintiffs,

v.

IGNITION L.P.,

    Defendant..

---

**ORDER FOR DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY DEFENDANT**

---

This matter is before the Court on Defendant/Third-Party Plaintiff's Unopposed Motion for Dismissal Without Prejudice of Third-Party Defendant (Doc. # 28). The Court having reviewed the Motion and being fully advised in the premises, hereby ORDERS as follows:

The Motion (Doc. # 28) is GRANTED. All claims asserted by Defendant/Third-Party Plaintiff Ignition L.P. against Third-Party Defendant Universal Power Group are hereby dismissed without prejudice. Third-Party Defendant Universal Power Group is DISMISSED WITHOUT PREJUDICE as a party to this case, each party to bear its own costs and attorney fees.

DATED: January __24__, 2014

                                              BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge