**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02277-CMA-KLM

PHILLIP HAHN, and
THERESA HAHN

    Plaintiffs,

v.

IGNITION L.P.,

    Defendant.

_____

ORDER GRANTING DISMISSAL WITH PREJUDICE
_____

THIS MATTER, having become before the Court, the Court having reviewed all parties' Stipulation Dismissing Case with Prejudice and the file, having considered said Motion, and being fully advised in the premises, the Court hereby:

ORDERS that the Stipulation Dismissing Case with Prejudice is GRANTED and the case is hereby dismissed with prejudice.

DATED: October 14, 2014

                                      BY THE COURT:

                                      _____
                                      Christine M. Arguello
                                      United States District Judge